IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVON RICE**                                                         **PLAINTIFF**
**#10503**

**V.**                    **NO. 4:22-cv-00922-JM**

**HIGGINS,** *et al*.                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of November, 2022.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE